**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

**In re:**

**LYNNETTE R. YOUNG,**                                    Case No. 21-72190
                                                          Chapter 11, Subchapter V

    **Debtor in Possession.**

## STATEMENT PURSUANT TO 11 U.S.C. § 1187

The debtor-in-possession, Lynnette R. Young (the "**Debtor**"), by proposed counsel, under penalty of penalty states that she does not have a recent balance sheet, statement of operations, cash-flow statement, but is attaching hereto a complete copy of her most recently filed tax returns (2020).

                                        LYNNETTE R. YOUNG

                                    By: */s/Lynnette R. Young*
                                        Lynnette R. Young

Kelly M. Barnhart, VSB No. 65246
Roussos & Barnhart, PLC
500 E. Plume Street, Suite 503
Norfolk, VA 23510
(757) 622-9005 – Telephone
(757) 624-9257 - Facsimile
barnhart@rgblawfirm.com
Proposed Counsel for the Debtor